UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M. CLAY,<br><br>        Petitioner,<br><br>   v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>        Respondent. | Case No. 19-cv-06320-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 19 |

    Good cause being shown, respondent's request for an extension of time to answer the Court's Order to Show Cause is granted.[1]  Dkt. No. 19.  Respondent shall file his answer by October 5, 2020.  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within thirty-five (35) days of receipt of the answer.

    This order terminates Dkt. No. 19.

    **IT IS SO ORDERED.**

Dated: 8/19/2020

*HAYWOOD S. GILLIAM, JR.*
United States District Judge

---

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, Warden Giselle Matteson is the correct respondent because she is petitioner's current custodian. The Clerk is directed to terminate former warden Robert Neuschnid from this action.