UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M. CLAY,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT NEUSCHNID, et al.,<br><br>        Respondents. | Case No. 19-cv-06320-HSG<br><br>**ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE RECORD** |

Willie M. Clay, a prisoner housed at California State Prison – Solano, in Vacaville, California, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. One of Petitioner's claims for habeas relief is that his right to due process was violated when the trial court allowed the introduction of videos taken from his flip video camera: Videos No. 2, 5, 6 36 & 44. ECF Doc. 10 at 26. Respondent has only filed in the record transcripts of these videos. ECF Doc. 22-9 at 63–72. The Court orders that, within **fourteen (14) days** of the date of this order, Respondent shall file with this Court and serve upon Petitioner copies of Videos No. 2, 5, 6, 36 & 44, as they were presented to the jury.

**IT IS SO ORDERED.**

Dated: 12/28/2020

                                                */s/ Haywood S. Gilliam, Jr.*
                                               HAYWOOD S. GILLIAM, JR.
                                               United States District Judge