UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M. CLAY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GISELLE MATTESON,<br><br>　　　　　Respondent. | Case No. 19-cv-06320-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO SUPPLEMENT RECORD**<br><br>Re: Dkt. No. 28 |

Good cause being shown, the Court GRANTS Respondent's request for an extension of time to supplement the record, as ordered by the Court on December 28, 2020 (Dkt. No. 27). Dkt. No. 28. By January 25, 2021, Respondent shall file with this Court and serve upon Petitioner copies of Videos No. 2, 5, 6, 36 & 44, as they were presented to the jury.

In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, Warden Giselle Matteson is the correct respondent because she is Petitioner's current custodian. The Clerk is directed to terminate former warden Robert Neuschnid from this action.

This order terminates Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: 1/7/2021

　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge