UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE M. CLAY,

          Petitioner,

   v.

ROBERT NEUSCHNID, et al.,

          Respondent.

Case No. 19-cv-06320-HSG

**JUDGMENT**

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED**.

Dated: 6/10/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge